# CRIMINAL DOCKET

Southern District of Texas  
Houston Division  CRIMINAL No. 4:16cr144

Transfer of Jurisdiction of Supervised Release or Probation.  
Transferring Court  Eastern District of Louisiana - New Orleans

Date Filed  Apr 11, 2016  Judge Gray Miller

United States Courts  
Southern District of Texas  
FILED

APR 1 1 2016

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA

v.

Nicole Williams

Charge:  Ct. 1:  Intent to Distribute 50 Grams or More of Cocaine Base "Crack", a Schedule II Narcotic Drug Controlled Substance and a Quantity of Marijuana, a Schedule I Controlled Substance [21USC846]

Penalty:  Imprisonment of 84 months, as to Count 1 for the Superseding Indictment, with credit for time served. Supervised Release for a term of Five Years, as to Count 1 of the Superseding Indictment. No Fine, $100 Special Assessment.