United States District Court
Southern District of Texas
**ENTERED**
June 02, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS
### Houston Division
### Report on Offender Under Supervision - No Court Action Required

| | | |
|---|---|---|
| Name of Offender: | Nicole Williams | Case Number: 4:16CR00144-001 |

Name of Sentencing Judge:  The Honorable Kurt D. Engelhardt

Name of Assigned Judge:  The Honorable Gray H. Miller

Date of Original Sentence:  January 12, 2011

Original Offense:  Violation of the Federal Controlled Substances Act, 21 U.S.C. § 846

Original Sentence:  Eighty-four months imprisonment; five years supervised release; $100 special assessment. Special conditions: drug treatment; participate in an orientation and life skills program as directed by the probation officer; enroll and participate in an education program designed to receive a high school diploma or vocational training that will equip her for suitable employment as approved by the United States Probation Officer; maintain full-time, legitimate employment and not be unemployed for a term of 30 days unless excused for schooling, training, or other acceptable reasons. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 wage and earning statements, and other documentation requested by the United States Probation Officer.

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Supervision Started: | January 7, 2015 |

## EARLIER COURT ACTION

April 11, 2016: Jurisdiction of the case was transferred from the Eastern District of Louisiana New Orleans Division to the Houston Division.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | LAW VIOLATION(MANDATORY CONDITION): |

**Details:** On December 17, 2015, Ms. Williams and her minor son were shopping at the Apple store while at Memorial City Mall. She was observed by loss prevention while requesting three iPhones, one iPad, and three watches from the sales associate. Once the items were brought out to Ms. Williams, she knowingly presented her identification card and credit card to the associate to make the purchase. The associate observed the identification card and found it to be suspicious. The associate then advised loss prevention to look at the card which had several indicators of being fictitious. The associate was advised by loss prevention to complete the sales transaction. Ms. Williams presented a Chase credit card which contained

poor print quality and a signature strip that was printed on instead of embossed. Ms. Williams purchased $3,640.00 worth of merchandise with the mentioned identification card and credit card. When Ms. Williams exited the store with the items, loss prevention directed her immediately back into the store where she was handcuffed and detained until Houston Police Department officers arrived. Nicole Williams was arrested by the Houston Police Department for tampering with a government record in violation of Texas Penal Code 37.10(d), a second degree felony. The case is currently assigned under docket number 1492333, in the 176th District Court, Harris County Texas. Ms. Williams is set for arraignment on June 14, 2016, and is currently on bond final disposition of the case.

## U.S. Probation Officer Action:

Ms. Williams' pending charges are considered moderate severity violations and will be closely monitored by this officer. Ms. Williams did notify this probation officer of the arrests in a timely manner and has accepted responsibility for her actions. She is aware of the serious nature of the pending charge and will comply with her bond conditions and court appearances. Therefore, no action is requested at this time. The Court will be notified of the final disposition of the case when it occurs.

Approved:                                                                 Respectfully submitted:

_____                        by    _____
Javier A. Garcia, Supervising                                              Katrice Galloway
U.S. Probation Officer                                                          U.S. Probation Officer
                                                                                             June 1, 2016

[X]  Court Concurs with Recommended Action

[ ]  Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other:

Gray H. Miller
U. S. District Judge

6/1/16
Date