PROB 12A
(07/06)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS
### Houston Division
### Report on Offender Under Supervision - No Court Action Required

| | | | |
|---|---|---|---|
| Name of Offender: | Nicole Williams | Case Number: | 4:16CR00144-001 |

Name of Sentencing Judge:  The Honorable Kurt D. Engelhardt

Name of Assigned Judge:  The Honorable Gray H. Miller

Date of Original Sentence:  January 12, 2011

Original Offense:  Violation of the Federal Controlled Substances Act, 21 U.S.C. § 846

Original Sentence:  Eighty-four months imprisonment; five years supervised release; $100 special assessment. Special conditions: drug treatment; participate in an orientation and life skills program as directed by the probation officer; enroll and participate in an education program designed to receive a high school diploma or vocational training that will equip her for suitable employment as approved by the United States Probation Officer; maintain full-time, legitimate employment and not be unemployed for a term of 30 days unless excused for schooling, training, or other acceptable reasons. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 wage and earning statements, and other documentation requested by the United States Probation Officer.

Type of Supervision:  Supervised Release        Supervision Started:  January 7, 2015

## EARLIER COURT ACTION

April 11, 2016: Jurisdiction of the case was transferred from the Eastern District of Louisiana New Orleans Division to the Houston Division.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | LAW VIOLATION(MANDATORY CONDITION): |

**Details:** On December 17, 2015, Ms. Williams and her minor son were shopping at the Apple store while at Memorial City Mall. She was observed by loss prevention while requesting three iPhones, one iPad, and three watches from the sales associate. Once the items were brought out to Ms. Williams, she knowingly presented her identification card and credit card to the associate to make the purchase. The associate observed the identification card and found it to be suspicious. The associate then advised loss prevention to look at the card which had several indicators of being fictitious. The associate was advised by loss prevention to complete the sales transaction. Ms. Williams presented a Chase credit card which contained

RE: Nicole Williams
Docket No: 4:16CR00144-001
Page 2

poor print quality and a signature strip that was printed on instead of embossed. Ms. Williams purchased $3,640.00 worth of merchandise with the mentioned identification card and credit card. When Ms. Williams exited the store with the items, loss prevention directed her immediately back into the store where she was handcuffed and detained until Houston Police Department officers arrived. Nicole Williams was arrested by the Houston Police Department for tampering with a government record in violation of Texas Penal Code 37.10(d), a second degree felony. The case is currently assigned under docket number 1492333, in the 176th District Court, Harris County Texas.

**U.S. Probation Officer Action:**

Ms. Williams' was adjudicated guilty on December 19, 2016, and was placed on community supervision for a period of four years. While on community supervision, Ms. Williams was given special conditions that include 100 hours community service, submit to an educational evaluation, submit to a screening and/or assessment to determine the need for drug treatment, and will attend the education program "Thinking for a Change" until successfully completed or as designated by the court.

Therefore it is respectfully recommended that no further Court action be taken at this time. The Court reserves the right to reconsider this violation should future non compliance occur.

Approved:                                                    Respectfully submitted:

                                                      by

_____                         _____
Javier A. Garcia, Supervising                           Katrice Galloway
U.S. Probation Officer                                  U.S. Probation Officer
                                                        December 28, 2016

Name of Offender: Nicole Williams
Case Number: 4:16CR00144-001
Page Number: 3

[✓] Court Concurs with Recommended Action

[ ] Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other:

_____
Gray H. Miller
U. S. District Judge

1/3/17
_____
Date