PROB 12A
(07/06)

United States District Court
Southern District of Texas
**ENTERED**
April 21, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS
### Houston Division
### Report on Offender Under Supervision - No Court Action Required

| | | | |
|---|---|---|---|
| Name of Offender: | Nicole Williams | Case Number: | 4:16CR00144-001 |

Name of Sentencing Judge: The Honorable Kurt D. Engelhardt

Name of Assigned Judge: The Honorable Gray H. Miller

Date of Original Sentence: January 12, 2011

Original Offense: Violation of the Federal Controlled Substances Act, 21 U.S.C. § 846

Original Sentence: Eighty-four months imprisonment; five years supervised release; $100 special assessment. Special conditions: drug treatment; participate in an orientation and life skills program as directed by the probation officer; enroll and participate in an education program designed to receive a high school diploma or vocational training that will equip her for suitable employment as approved by the United States Probation Officer; maintain full-time, legitimate employment and not be unemployed for a term of 30 days unless excused for schooling, training, or other acceptable reasons. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 wage and earning statements, and other documentation requested by the United States Probation Officer.

Type of Supervision: Supervised Release    Supervision Started: January 7, 2015

## EARLIER COURT ACTION

January 3, 2017: The Court took no action relative to the law violation for the offense of tampering with a government record in Harris County, Texas under cause number 1492333. Ms. Williams' was adjudicated guilty on December 19, 2016, and was placed on community supervision for a period of four years. The Court reserved the right to reconsider the violation should future non compliance occur.

April 11, 2016: Jurisdiction of the case was transferred from the Eastern District of Louisiana New Orleans Division to the Houston Division.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **LAW VIOLATION(MANDATORY CONDITION):** On October 31, 2016, a criminal compliant was filed in County Court at Law No. 8, Harris County, Texas under cause number 2119494, for the offense of theft in violation of Texas Penal Code 31.03(e)(2)(A), a Class B misdemeanor. On March 31, 2017, Ms. Williams entered a plea of guilty and was placed on community supervision for a period of one year. |

| | |
|---|---|
| 2 | **LAW VIOLATION(MANDATORY CONDITION):** On January 7, 2017, Ms. Williams was arrested by the Fairfax County Police Department for the offenses of possession of a fictitious drivers license, in violation of Virginia Code 18.2-204.2(C) and credit card fraud (counts 1 and 2), in violation of Virginia Code 18.2-195(1). On January 10, 2017, Ms. Williams was released from custody on bond and is scheduled for a preliminary hearing on April 25, 2017. |
| 3 | **TRAVELING OUTSIDE THE DISTRICT WITHOUT PRIOR APPROVAL OF THE PROBATION OFFICER OR COURT(STANDARD CONDITION):** On January 7, 2017, the offender traveled outside the district without prior approval of the probation officer as evidenced by the arrest in Springfield, VA. |

**U.S. Probation Officer Action:**

Ms. Williams' was sentenced on March 31, 2017, to a term of one year community supervision in County Court at Law No. 8, Harris County, Texas after entering a plea of guilty for the misdemeanor offense of theft. While on community supervision, Ms. Williams was given special conditions that include completion of a shoplifting course, submit to an educational evaluation, and submit to a screening and/or assessment to determine the need for drug treatment. Therefore, it is respectfully recommended that no further Court action be taken at this time. The Court reserves the right to reconsider this violation should future non compliance occur.

Further, Ms. Williams' pending charges in Fairfax County, Virginia are considered moderate severity violations and will be closely monitored by this officer. Ms. Williams is aware of the serious nature of the pending charges and will comply with her bond conditions and court appearances. Therefore, it is respectfully recommended that no action be taken at this time and the pending final disposition of the cases will be brought to the Court's attention.

Approved:                                                                 Respectfully submitted:

_____                                by         _____
Tony Ramirez, Supervising                                                 Katrice Galloway
U.S. Probation Officer                                                    U.S. Probation Officer
                                                                          April 18, 2017

Name of Offender: Williams, Nicole
Case Number: 4:16CR00144-001
Page Number: 3

[✓] Court Concurs with Recommended Action

[ ] Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other:

Gray H. Miller
U. S. District Judge

4/20/17
Date